GOLDSTEIN v. GUEDALIA et al. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by Mary L. Goldstein against Aaron Guedalia and others. No opinion. Motion denied.

GOUGH, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Second Department. March 21, 1899.) Action by Arthur E. Gough against Jacob Davis. No opinion. Judgment affirmed, with costs. See 52 N. Y. Supp. 947.

GOVNER v. NEW YORK SMALL-STOCK CO. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Joseph Govner against the New York Small-Stock Company. No opinion. Motion granted, with $10 costs.

In re GREEN. (Supreme Court, Appellate Division, Second Department. March 10, 1899.) In the matter of the application of William L. Green for admission to practice as attorney and counselor at law. No opinion. Application granted.

HAERLING, Respondent, v. PFITZINGER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Jacob Haerling, as administrator with the will annexed, etc., against Michael Pfitzinger and Margaretha Boos, as administratrix, etc. No opinion. Judgment affirmed, without costs to either party. All concur.

HALLETT et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 14. 1899.) Action by Minnie E. Hallett and another as administratrix, etc., against the New York Central & Hudson River Railroad Company. G. S. Hamlin, for appellants. C. C. Paulding, for respondent. No opinion. Reargument ordered.

In re HAMILTON. (Supreme Court, Appellate Division, First Department. April 21, 1899.) In the matter of Charles K. Hamilton. No opinion. Motion for resettlement denied.

HAND v. GAS ENGINE & POWER CO. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by George B. Hand against the Gas Engine & Power Company. No opinion. Motion denied, with $10 costs.

HENDERSON et al. v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by Henderson, Hull & Co. against the city of New York and another. No opinion. Motion granted, with $10 costs.

HINMAN, Respondent, v. DEVLIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Action by Mary E. Hinman against John Devlin. No opinion. Part of order appealed from affirmed on argument, with $10 costs and disbursements. See 52 N. Y. Supp. 124.

HOFFMAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. April 21, 1899.) Action by Louis Hoffman against the Metropolitan Street-Railway Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Joseph I. Green, for respondent.

PER CURIAM. The appellate division of this department having declared the act creating the municipal court of the city of New York constitutional (Irwin v. Railway Co. [Sup.] 57 N. Y. Supp. 21), the judgment must be affirmed, with costs. Judgment affirmed, with costs.

HOLLISTER v. SIMONSON. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by George C. Hollister against William H. Simonson. No opinion. Motion denied, with $10 costs.

HOUGHTON, Respondent, v. GAGE, Appellant. (Supreme Court, Appellate Division, First Department. April 21, 1899.) Action by John J. Houghton against Otis S. Gage. J. H. Soley, for appellant. M. C. Fleming, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HUGHES v. WALTERS et al. (City Court of New York, General Term. March 28, 1899.) Action by John W. Hughes against Henry Walters and another. A. Pincus, for appellant. S. Boyd, for respondent.

PER CURIAM. Order appealed from affirmed.

HUSTED v. THOMSON. (Supreme Court, Appellate Division, First Department. March 17, 1899.) Action by Gilbert M. Husted against David Thomson. No opinion. Motion denied. See 57 N. Y. Supp. 558.

HYDE, Respondent, v. DRYDEN & GROTON MUT. FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 14, 1899.) Action by Charles E. Hyde against the Dryden & Groton Mutual Fire Insurance Company. No opinion. Judgment and order affirmed, with costs. All concur, except HERRICK, J., dissenting.

ILLINOIS WATCH CO. et al., Appellants, v. NELLIS et al., Respondents. (Supreme Court, Appellate Division, First Department. April 7, 1899.) Action by the Illinois Watch Company and others against Louise Nellis and others. F. Bien, for appellants. L. L. Kellogg, for respondents. No opinion. Order affirmed, without costs.